The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Mitchell Larnell Bennett
    v. Commonwealth of Virginia
    Record No. 1200-17-3
    Opinion rendered by Chief Judge Decker on
    November 20, 2018

2.  Dominque Jamar Jones, s/k/a
    Dominique Jamar Jones
    v. Commonwealth of Virginia
    Record No. 1504-17-2
    Opinion rendered by Judge Humphreys on
    December 26, 2018

3.  Donald Jamar Johnson
    v. Commonwealth of Virginia
    Record No. 2089-17-2
    Opinion rendered by Judge Beales on
    January 15, 2019

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Miguel Antonio Reyes
      v. Commonwealth of Virginia
     Record No. 2108-16-4
      Opinion rendered by Judge Beales
        on January 9, 2018
     Judgment of Court of Appeals affirmed by opinion rendered on February 21, 2019
     (180191)

2.  Russell Ervin Brown, III
      v. Commonwealth of Virginia
     Record No. 0434-17-2
      Opinion rendered by Judge Huff
        on May 22, 2018
      Refused (180807)

3.  Joseph John Melick
      v. Commonwealth of Virginia
     Record No. 1564-17-1
      Opinion rendered by Judge Russell
        on July 31, 2018
      Refused (181144)

4.  Andy Chavez
      v. Commonwealth of Virginia
     Record No. 1189-17-4
      Opinion rendered by Judge Malveaux
        on August 14, 2018
      Refused (181204)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1.  Charlie Jeffreys
    v. The Uninsured Employer's Fund, et al.
    Record No. 0660-17-3
    Memorandum opinion rendered by Judge Chafin on October 3, 2017
    Judgment of Court of Appeals affirmed by opinion rendered on February 14, 2019
    (171467)

2.  Nathaniel Dennis
    v. Commonwealth of Virginia
    Record No. 0774-17-1
    CAV petition for writ of actual innocence dismissed by
      Judges Humphreys, O'Brien and Retired Judge Bumgardner on October 31, 2017
    Judgment of Court of Appeals reversed and matter remanded to this Court for
      purposes of ordering a circuit court evidentiary hearing
    (171599)